# Exhibit B

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ☐▼

Edward C. Hugler
Acting Secretary of Labor
United States Department of Labor
(Wage and Hour Division)

*Plaintiff(s)*

v.

Saldivar & Associates, Inc. d/b/a R&R Catering &
Robert P. Saldivar individually and as Pres. & Owner
of R&R Catering & Michelle M. Bloxton individually
and as Vice Pres. & Owner of R&R Catering

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:17-cv-00055

AMENDED COMPLAINT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert P. Saldivar
7956 Cameron Brown Court, Unit B, Springfield, VA 22153

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen Barefield, Esq.
Office of the Regional Solicitor
U.S. Department of Labor
201 12th Street South
Arlington, VA 22202-5450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____02/27/17_____

_____
*Signature of Clerk or Deputy Clerk*

# Affidavit of Process Server

UNITED STATED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | (NAME OF COURT) | |
|---|---|---|
| EDWARD C HUGLAR, acting Secretary of Labor | ROBERT P SALDIVAR ET AL | 1:17-CV-00055 |
| PLAINTIFF/PETITIONER      v. | DEFENDANT/RESPONDENT | CASE NUMBER |

I  PATRICIA BEARD , being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served      ROBERT P SALDIVAR

new hearing notice    EFC-24    NAME OF PERSON / ENTITY BEING SERVED

with (list documents)  Amended complaint w/ summons, Default Judgement motion and memorandus information

by leaving with      ROBERT P SALDIVAR        SELF                                                      At
                     NAME                      RELATIONSHIP

☐ Residence _____
                     ADDRESS                  CITY / STATE

X Business  US NATIONAL GUARD CAFETERIA 111 S GEORGE MASON DRIVE ARLINGTON VA
            ADDRESS                           CITY / STATE

On_____06/15/17_____AT_____12:57 PM_____
            DATE                               TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                    DATE

from_____
        CITY          STATE          ZIP

**Manner of Service:**
X **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  X Other THIS PERSONAL SERVICE WAS ALSO LOGGED IN AT THE CHECK IN DESK

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                    DATE      TIME              DATE      TIME
(3)_____ (4)_____ (5)_____
      DATE    TIME          DATE    TIME              DATE      TIME

**Description:.** Age 58_Sex_M__Race__W Height__503 Weight__200  Hair  BLACK WITH GREY_Glasses_Y_

                                                    SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __15_day of ___JUNE__, 201_7_, by _PATRICIA BEARD_, Proved to me
on the basis of satisfactory evidence to be the person(s) who appeared before me

MARGARITA ZULKA
NOTARY PUBLIC
REGISTRATION # 7061315
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 02/28/19

                                                    SIGNATURE OF NOTARY PUBLIC

                        NOTARY PUBLIC for the state of _Virginia_